UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

        Plaintiff,

v.                                                     Case No. 14-C-1031

NURSE HANNA, et al.,

        Defendants.

**ORDER**

The plaintiff in the above matter has filed two motions challenging the Order dismissing his case for failing to pay the filing fee. In my Order, ECF [5], I concluded that he had failed to allege facts sufficient to meet the imminent danger exception to the bar resulting from his previous dismissals for failure to state a claim. Nothing he says in his new motions convinces me that the court's decision was in error. Accordingly, the motions are denied.

**SO ORDERED** this   20th   day of November, 2014.

                                         s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court